# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL CERVANTES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EVVIA LTD., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.:  2:22-cv-00891-JAM-DB<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br><br>Complaint filed:    May 25, 2022 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Upon due consideration, good cause appearing, the Court **DISMISSES** this action with prejudice as to Plaintiff's individual claims. Each party must bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to terminate all pending motions and deadlines, and **CLOSE** the case.

**IT IS SO ORDERED.**

Dated: May 05, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE